# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      v.                               **CASE NO. 6:19-cr-10067-GEB**

**JOHN O. GREEN,**

      **Defendant.**

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about June 25, 2018, in the District of Kansas, the defendant,

**JOHN O. GREEN,**

did by force, and threats of force, did attempt to intimidate and impede any officer, employee, and contractor of the Social Security Administration acting in an official capacity, to carry out a duty under the statutes and regulations of the Social Security Administration, to wit: during a telephone call with an employee of the Social Security Administration, discussing the payee status for the defendant's Social Security payments,

the defendant became upset and stated to the employee he was going to "come down there and beat your fucking ass."

In violation of Title 42, United States Code, §§ 1320a-8b.

**A TRUE BILL.**

April 23, 2019
DATE

 s/Foreperson
FOREPERSON OF THE GRAND JURY

 s/Stephen R. McAllister
STEPHEN R. McALLISTER
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Ks. S. Ct. No. 15845
SMcAllister@usa.doj.gov

[It is requested that jury trial be held in Wichita, Kansas.]