AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| United States of America | ) |
| --- | --- |
| v. | ) |
| | ) |
| JOHN O. GREEN, | ) Case No. 6:19-cr-10067-GEB |
| | ) |
| | ) |
| *Defendant* | ) |

**FILED**
U.S. District Court
District of Kansas

MAY 0 3 2019

Clerk, U.S. District Court
By /s/ Deputy Clerk

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

| Place: | United States Courthouse<br>401 N. Market<br>Wichita, KS 67202-2011 | Courtroom No.: | 326 Judge Gwynne E. Birzer |
| --- | --- | --- | --- |
| | | Date and Time: | May 13th, 2019 at 1:30 PM |

This offense is briefly described as follows:

Threats to an official of the Social Security Administration.

See attached indictment for additional charges.

Date: 04/25/2019

s/ J. Kendall
*Issuing officer's signature*

Timothy M. O'Brien, Clerk of the Court
*Printed name and title*

I declare under penalty of perjury that I have:

☒ Executed and returned this summons      ☐ Returned this summons unexecuted

Date: 5/3/2019

#2101
*Server's signature*

Aaron Seigel, Special Agent
*Printed name and title*