# UNITED STATES DISTRICT COURT

## District of Kansas

(Wichita Docket)

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

       **v.**                  **CASE NO.  19-CR-10067-GEB**

**JOHN O. GREEN,**
       **Defendant.**

## INFORMATION

The United States Attorney charges:

### COUNT 1

On or about June 25, 2018, in the District of Kansas, the defendant,

**JOHN O. GREEN,**

did assault and interfere with any officer and employee of the United States, or of any agency in any branch of the United States Government, to wit: the defendant threatened Mr. Nick Speck, an employee of the Social Security Administration.

In violation of Title 18, United States Code, §§ 113(a)(5).

Respectfully submitted,

STEPHEN R. McALLISTER
United States Attorney

s/Matt Treaster
MATT TREASTER
Assistant United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, KS  67202
(316) 269-6481
Ks.S.Ct.No. 17473
Matt.Treaster@usdoj.gov